5/21/2018 2:52 PM
18CV20543

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| FARES RUSTOM,<br><br>        Plaintiff,<br><br>   v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; and CHUBB INSURANCE SOLUTIONS AGENCY INC., a Delaware corporation,<br><br>        Defendants. | Case No.<br><br>COMPLAINT<br><br>(Breach of Contract; Violation of ORS 742.061)<br><br>PRAYER: $800,000.00<br><br>Filing Fee: ORS 21.160 ($560)<br><br>NOT SUBJECT TO MANDATORY ARBITRATION<br><br>JURY TRIAL REQUESTED |

Plaintiff Fares Rustom ("Rustom") alleges as follows:

**PARTIES**

1.

At all times material, Rustom resided in Multnomah County, Oregon.

2.

Ace American Insurance Company ("Ace") is a Pennsylvania corporation engaged in property and casualty insurance in the State of Oregon. Chubb Insurance Solutions Agency Inc. ("Chubb") is a Delaware corporation engaged in insurance business in the State of Oregon. On information and belief, Ace or its affiliate acquired Chubb (and its affiliates) and now operates

Page 1 – COMPLAINT

GARVEY SCHUBERT BARER, P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

1 under the name Chubb.  Hereinafter, "Insurer" will refer to the Defendants either individually or

2 collectively.

3 **FACTS**

4 3.

5 On or about May 31, 2013, Rustom purchased a 62.8 foot Navigator Yacht (the

6 "Vessel").  On the same date, Ace issued a Yachtsman Policy ("Policy") to Rustom insuring the

7 Vessel against property damage, including, amongst other things, property damage caused by a

8 latent defect.

9 4.

10 The Vessel suffered extensive damage as a result of a latent defect.  The Vessel's damage

11 includes water damage to the forward state room, bulkhead, deterioration of wood and cabinets,

12 and deterioration of the foredeck, including to the balsa core and the foredeck settee.

13 5.

14 On or about June 8, 2017, a claim was submitted to the Insurer in regard to the Vessel.

15 The claim constitutes a proof of loss for purposes of ORS 742.061.

16 6.

17 Insurer accepted the claim but has yet to settle the claim.

18 **CLAIM FOR RELIEF**
   **COUNT ONE**
19 **(BREACH OF CONTRACT)**

20 7.

21 Plaintiff realleges paragraphs 1 through 6.

22 8.

23 Insurer has breached the Policy by failing to settle Rustom's claim as required by the

24 Policy.

25 9.

26 Rustom has satisfied all his obligations under the Policy.

Page 2 – COMPLAINT

GARVEY SCHUBERT BARER, P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

10.

As a result of the Insurer's breach, Rustom has been damaged in the amount to be proven at trial, in the approximate amount of $800,000, plus prejudgment interest on that amount for the rate of 9% per annum from the date Rustom purchased the Vessel. The exact amount of damages is still under investigation. Rustom intends to amend this complaint to allege a more accurate amount of damages after the investigation is complete.

**COUNT TWO**
**(VIOLATION OF ORS 742.061)**

11.

Plaintiff realleges paragraph 1 through 6 and 8 through 10 above.

12.

Insurer failed to settle Rustom's claim within six months of receiving proof of loss as required by ORS 742.061. Pursuant to ORS 742.061, and in addition to the damages alleged in paragraph 10, Rustom is entitled to recover his attorney fees and costs incurred in pursuing this claim.

**WHEREFORE**, Plaintiff prays for relief as follows:

    (a)    A judgment in Plaintiff's favor and against Defendants awarding damages in the amount of $800,000;

    (b)    A judgment in Plaintiff's favor and against Defendants awarding Plaintiff prejudgment interest on the amount of $800,000 at the rate of 9% per annum;

    (c)    A judgment in Plaintiff's favor and against Defendants awarding Plaintiff his reasonable attorney fees and costs pursuant to ORS 742.061; and

////

////

////

////

Page 3 – COMPLAINT

GARVEY SCHUBERT BARER, P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

Exhibit A, Page 3 of 18

1

        (d)     For such other relief deemed just and equitable by this Court.

2

DATED this 21st day of May, 2018.

3

                                    GARVEY SCHUBERT BARER, P.C.

4

5

By  *s/ Patrick J. Conti*
           Patrick J. Conti, OSB #141308

6

           E-Mail:  pconti@gsblaw.com
           Telephone:  (503) 228-3939

7

           Fax:  (503) 226-0259

8

           Trial Attorney:
           Paul H. Trinchero, OSB #014397

9

           E-Mail:  ptrinchero@gsblaw.com
           Telephone:  (503) 228-3939

10

           Fax:  (503) 226-0259

11

GSB:9412696.4

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 4 – COMPLAINT

GARVEY SCHUBERT BARER, P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

5/21/2018 2:52 PM
18CV20543

1

2

3

4

5

6

7                    IN THE CIRCUIT COURT OF THE STATE OF OREGON

8                         FOR THE COUNTY OF MULTNOMAH

9    FARES RUSTOM,
                                                Case No.
10                  Plaintiff,
                                                SUMMONS
11        v.

12   ACE AMERICAN INSURANCE
     COMPANY, a Pennsylvania corporation; and
13   CHUBB INSURANCE SOLUTIONS
     AGENCY INC., a Delaware corporation,
14
                    Defendants.
15

16   **To:    Chubb Insurance Solutions Agency Inc., c/o CT Corporation System, 780
17            Commercial Street SE, Suite 100, Salem, Oregon 97301**

18                         NOTICE TO DEFENDANT:

19                    READ THESE PAPERS CAREFULLY!

20        You must "appear" in this case or the other side will win automatically. To "appear" you

21   must file with the court a legal document called a "motion" or "answer." The "motion" or

22   "answer" must be given to the court clerk or administrator within 30 days along with the required

23   filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the

24   plaintiff does not have an attorney, proof of service on the plaintiff.

25        If you have questions, you should see an attorney immediately. If you need help in

26   finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at

Page 1 – SUMMONS                                GARVEY SCHUBERT BARER, P.C.
                                                        eleventh floor
                                                   121 s.w. morrison street
                                                 portland, oregon 97204-3141
                                                        503 228 3939

1  http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area)

2  or toll-free elsewhere in Oregon at (800) 452-7636.

3         DATED this 21st day of May, 2018.

4                                        GARVEY SCHUBERT BARER, P.C.

5

6                                        By  *s/ Patrick J. Conti*
                                            Patrick J. Conti, OSB #141308
7                                           E-Mail:  pconti@gsblaw.com
                                            Telephone:  (503) 228-3939
8                                           Fax:  (503) 226-0259

9                                           Trial Attorney:
                                            Paul H. Trinchero, OSB #014397
10                                          E-Mail:  ptrinchero@gsblaw.com
                                            Telephone:  (503) 228-3939
11                                          Fax:  (503) 226-0259

12

13  GSB:9433331.1

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 – SUMMONS

GARVEY SCHUBERT BARER, P.C.
eleventh floor
121 s.w. morrison street
portland, oregon 97204-3141
503 228 3939

5/21/2018 2:52 PM
18CV20543

1

2

3

4

5

6

7                        IN THE CIRCUIT COURT OF THE STATE OF OREGON

8                            FOR THE COUNTY OF MULTNOMAH

9    FARES RUSTOM,

10               Plaintiff,                          Case No.

11        v.                                         SUMMONS

12   ACE AMERICAN INSURANCE
     COMPANY, a Pennsylvania corporation; and
13   CHUBB INSURANCE SOLUTIONS
     AGENCY INC., a Delaware corporation,
14
                 Defendants.
15

16   **To:    Ace American Insurance Company, c/o CT Corporation System, 780**
             **Commercial Street SE, Suite 100, Salem, Oregon 97301**
17

18                            NOTICE TO DEFENDANT:

19                         READ THESE PAPERS CAREFULLY!

20        You must "appear" in this case or the other side will win automatically. To "appear" you

21   must file with the court a legal document called a "motion" or "answer." The "motion" or

22   "answer" must be given to the court clerk or administrator within 30 days along with the required

23   filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the

24   plaintiff does not have an attorney, proof of service on the plaintiff.

25        If you have questions, you should see an attorney immediately. If you need help in

26   finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at

Page 1 – SUMMONS

GARVEY SCHUBERT BARER, P.C.
eleventh floor
121 s.w. morrison street
portland, oregon 97204-3141
503 228 3939

Exhibit A, Page 7 of 18

http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

DATED this 21st day of May, 2018.

GARVEY SCHUBERT BARER, P.C.

By  s/ Patrick J. Conti
    Patrick J. Conti, OSB #141308
    E-Mail:  pconti@gsblaw.com
    Telephone:  (503) 228-3939
    Fax:  (503) 226-0259

    Trial Attorney:
    Paul H. Trinchero, OSB #014397
    E-Mail:  ptrinchero@gsblaw.com
    Telephone:  (503) 228-3939
    Fax:  (503) 226-0259

GSB:9433295.1

Page 2 – SUMMONS

GARVEY SCHUBERT BARER, P.C.
eleventh floor
121 s.w. morrison street
portland, oregon 97204-3141
503 228 3939

6/8/2018 1:36 PM
18CV20543

1
2
3
4
5
6
7                          IN THE CIRCUIT COURT OF THE STATE OF OREGON

8                               FOR THE COUNTY OF MULTNOMAH

9    FARES RUSTOM,
                                                    Case No. 18CV20543
10              Plaintiff,
                                                    SUMMONS
11         v.

12   ACE AMERICAN INSURANCE
     COMPANY, a Pennsylvania corporation; and
13   CHUBB INSURANCE SOLUTIONS
     AGENCY INC., a Delaware corporation,
14
                Defendants.
15

16   **To:    Ace American Insurance Company, c/o Patti Dietz, 12909 SW 68th Parkway,
             Suite 450, Portland, OR 97223**
17

18                                 NOTICE TO DEFENDANT:

19                              READ THESE PAPERS CAREFULLY!

20         You must "appear" in this case or the other side will win automatically. To "appear" you

21   must file with the court a legal document called a "motion" or "answer." The "motion" or

22   "answer" must be given to the court clerk or administrator within 30 days along with the required

23   filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the

24   plaintiff does not have an attorney, proof of service on the plaintiff.

25         If you have questions, you should see an attorney immediately. If you need help in

26   finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at

Page 1 – SUMMONS                                    GARVEY SCHUBERT BARER, P.C.
                                                           e l e v e n t h   f l o o r
                                                      1 2 1   s . w .   m o r r i s o n   s t r e e t
                                                    p o r t l a n d ,   o r e g o n   9 7 2 0 4 - 3 1 4 1
                                                             5 0 3   2 2 8   3 9 3 9

1   http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area)

2   or toll-free elsewhere in Oregon at (800) 452-7636.

3         DATED this 8th day of June, 2018.

4                                         GARVEY SCHUBERT BARER, P.C.

5

6                                         By  *s/ Patrick J. Conti*
                                             Patrick J. Conti, OSB #141308
7                                            E-Mail:  pconti@gsblaw.com
                                             Telephone:  (503) 228-3939
8                                            Fax:  (503) 226-0259

9                                            Trial Attorney:
                                             Paul H. Trinchero, OSB #014397
10                                           E-Mail:  ptrinchero@gsblaw.com
                                             Telephone:  (503) 228-3939
11                                           Fax:  (503) 226-0259

12

13  GSB:9504450.1

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 – SUMMONS                          GARVEY SCHUBERT BARER, P.C.
                                                   *e l e v e n t h   f l o o r*
                                            *1 2 1   s . w .   m o r r i s o n   s t r e e t*
                                          *p o r t l a n d ,   o r e g o n   9 7 2 0 4 - 3 1 4 1*
                                                   *5 0 3   2 2 8   3 9 3 9*

5/23/2018 1:12 PM
18CV20543

# <u>AFFIDAVIT OF SERVICE</u>

**State of Oregon**        **County of Multnomah**        **Circuit Court**

Case Number: 18CV20543

Plaintiff(s):
**FARES RUSTOM**

vs.

Defendant(s):
**ACE AMERICAN INSURANCE COMPANY, a Pennsylvannia corporation; and CHUBB INSURANCE SOLUTIONS AGENCY, INC., a Delaware corporation**

For:
Patrick Conti
Garvey Schubert Barer
121 S.W. Morrison Street
Portland, OR 97204-3141

Received by Sound PS / Portland PS on the 21st day of May, 2018 at 4:06 pm to be served on **CHUBB INSURANCE SOLUTIONS AGENCY, INC. C/O CT CORPORATION SYSTEM, 780 COMMERCIAL STREET SE, SUITE 100, SALEM, OR 97301**.

I, John  Jerman, being duly sworn, depose and say that on the **22nd day of May, 2018** at **9:15 am, I:**

SERVED the within named Corporation / Business by delivering the **SUMMONS AND COMPLAINT (BREACH OF CONTRACT)** to the office of the Registered Agent for the within named Corporation / Business and accepted by: **RYLYNN POOLE** as **SERVICE OF PROCESS TECHNICIAN** who is the Person in Charge at the address of: **780 COMMERCIAL STREET SE, SUITE 100, SALEM, OR 97301** the Registered Agent for the within named Corporation / Business.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 6'1", Weight: 200, Hair: Light Brown, Glasses: Y



## AFFIDAVIT OF SERVICE For 18CV20543

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

County of Multnomah

_____

**John  Jerman**
Process Server

Subscribed and Sworn to before me on the 22nd day of May, 2018 by the affiant who is personally known to me.

**Sound PS / Portland PS**
**1750 S.W. Skyline Blvd., Suite 8**
**Portland, OR 97221**
**(503) 296-4889**

_____

NOTARY PUBLIC

Our Job Serial Number: JDJ-2018000511
Ref: 39865/00500

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2m

## AFFIDAVIT OF SERVICE

**State of Oregon**                    **County of Multnomah**                    **Circuit Court**

Case Number: 18CV20543

Plaintiff(s):
**FARES RUSTOM**

vs.

Defendant(s):
**ACE AMERICAN INSURANCE COMPANY, a Pennsylvannia
corporation; and CHUBB INSURANCE SOLUTIONS AGENCY, INC.,
a Delaware corporation**

For:
Patrick Conti
Garvey Schubert Barer
121 S.W. Morrison Street
Portland, OR 97204-3141

Received by Sound PS / Portland PS on the 21st day of May, 2018 at 4:06 pm to be served on **ACE
AMERICAN INSURANCE COMPANY C/O CT CORPORATION SYSTEM, 780 COMMERCIAL
STREET SE, SUITE 100, SALEM, OR 97301**.

I, John  Jerman, being duly sworn, depose and say that on the **22nd day of May, 2018** at **9:15 am, I:**

SERVED the within named Corporation / Business by delivering the **SUMMONS AND COMPLAINT
(BREACH OF CONTRACT)** to the office of the Registered Agent for the within named Corporation /
Business and accepted by: **RYLNNE POOLE** as **SERVICE OF PROCESS TECHNICIAN** who is the
Person in Charge at the address of: **780 COMMERCIAL STREET SE, SUITE 100, SALEM, OR 97301**
the Registered Agent for the within named Corporation / Business.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 6'1", Weight: 200,
Hair: Light Brown, Glasses: Y



## AFFIDAVIT OF SERVICE For 18CV20543

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

County of Multnomah

John  Jerman
Process Server

Subscribed and Sworn to before me on the 22nd day of May, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

**Sound PS / Portland PS**
**1750 S.W. Skyline Blvd., Suite 8**
**Portland, OR 97221**
**(503) 296-4889**

Our Job Serial Number: JDJ-2018000510
Ref: 39865/00500

OFFICIAL STAMP
SHERILL A JERMAN
NOTARY PUBLIC - OREGON
COMMISSION NO. 945989
MY COMMISSION EXPIRES JANUARY 11, 2020

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2m

6/12/2018 10:03 AM
18CV20543

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| FARES RUSTOM,<br><br>               Plaintiff,<br><br>     v.<br><br>ACE AMERICAN INSURANCE<br>COMPANY, a Pennsylvania corporation; and<br>CHUBB INSURANCE SOLUTIONS<br>AGENCY INC., a Delaware corporation,<br><br>               Defendants. | Case No. 18CV20543<br><br>PROOF OF SERVICE OF SUMMONS<br>AND COMPLAINT ON ACE AMERICAN<br>INSURANCE COMPANY |

Please take notice that on the 8th day of June, 2018, defendant Ace American Insurance Company was served with the Summons and Complaint in the above-referenced case. Attached hereto as Exhibit A is the proof of service signed by the process server.

DATED this 12th day of June, 2018.

GARVEY SCHUBERT BARER, P.C.

By *s/ Patrick J. Conti*
    Patrick J. Conti, OSB #141308
    E-Mail: pconti@gsblaw.com
    Telephone: (503) 228-3939
    Fax: (503) 226-0259

    Trial Attorney:
    Paul H. Trinchero, OSB #014397
    E-Mail: ptrinchero@gsblaw.com
    Telephone: (503) 228-3939
    Fax: (503) 226-0259

GSB:9533705.1

Page 1 – PROOF OF SERVICE

GARVEY SCHUBERT BARER, P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

I hereby certify that I made service of the foregoing summons upon the individuals and other legal entities to be served, named below, by delivering or leaving true copies of the summons and the complaint mentioned therein, certified to be such by the attorney for the plaintiff, as follows:

**Personal Service Upon Individual(s)**

Upon _____, by delivering such true copies to _____, personally and in person, at _____, on _____, at _____ o'clock ____.M.

Upon _____, by delivering such true copies to _____, personally and in person, at _____, on _____, at _____ o'clock ____.M.

**Substituted Service Upon Individual(s)\***

Upon _____, by delivering such true copies at his/her dwelling house or usual place of abode, to-wit: _____, to _____, who is a person 14 years of age or older and a member of the household of the person served on _____, at _____ o'clock ____.M.

Upon _____, by delivering such true copies at his/her dwelling house or usual place of abode, to-wit: _____, to _____, who is a person 14 years of age or older and a member of the household of the person served on _____, at _____ o'clock ____.M.

**Office Service Upon Individual(s)\***

Upon _____, at the office which he/she maintains for the conduct of business at _____, by leaving such true copies with _____, the person who is apparently in charge, on _____, during normal working hours, at _____ o'clock, ____.M.

**Mail Service Upon Individual(s)\*\***

Upon _____, by mailing such true copies to him/her by first class mail and ALSO by (check one): ☐ certified or registered mail with return receipt requested ☐ express mail.

**Service Upon Tenant(s) of a Mail Agent\*\*\***

Upon _____, by delivering such true copies to _____, a person apparently in charge of _____, which is the place where the mail agent receives mail for the tenant(s), its address being _____, on _____, at _____ o'clock, ____.M. Prior to effecting such service, I made diligent inquiry but could not find the tenant(s) so served.

**Service on Corporations, Limited Liability Companies, Limited Partnerships, General and Limited Liability Partnerships or Unincorporated Associations**

Upon _Ace American Insurance_____, by
(NAME OF CORPORATION, LIMITED LIABILITY COMPANY, ETC.)
(a) delivering such true copies, personally and in person, to _Inais Lomax_____ who is a/the _Agent_____ (Specify registered agent, officer (by title), managing member, general partner, etc.) thereof; OR

(b) leaving such true copies with _____, the person who is apparently in charge of the office of _____, who is a/the _____ (Specify registered agent, officer (by title) director, general partner, managing agent, etc.) thereof;

at _129095W 68th pkwy #450 Tigard Oregon 97129_ on _June 8th 2018_, at _4:20_ o'clock _P_.M.

Dated _____

_____
Sheriff

By _____
Deputy

I further certify that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.

Dated _6-8-18_

_Danette E McCorkle_
SIGNATURE

_Danette E McCorkle_
TYPE OR PRINT NAME

_PO Box 30/505_
ADDRESS

_Portland Or. 97294_
CITY        STATE        ZIP        PHONE

The signature lines on the left should be used only by an Oregon county sheriff or deputy. All other servers should complete the certification on the right. The Proof of Service above contains most, but not all, of the permissible methods of service. For example, this form does not include proof of service upon a minor or incompetent person. See ORCP 7 D for permissible service methods with respect to particular parties.

\*Where substituted or office service is used, the plaintiff, as soon as reasonably possible, shall cause to be mailed, by first class mail, true copies of the summons and the complaint to the defendant at defendant's dwelling house or usual place of abode, together with a statement of the date, time and place at which such service was made. Use S-N Form No. 1149, Notice of Substituted or Office Service, or the equivalent.

\*\*Service by mail may be made when required or allowed by ORCP 7 or by statute, as otherwise permitted. If the summons and complaint are mailed, this certification may be made either by the person completing the mailing or by the attorney for any party, stating the circumstances of mailing and including the return receipt as an attachment. An attorney completing the mailing should delete ", nor attorney for" from the last paragraph of this document. Failure to serve a summons in accordance with ORCP 7 and other applicable rules and statutes may affect or nullify the validity of such service.

\*\*\*Where service upon a tenant of a mail agent is used, the plaintiff, as soon as reasonably possible, shall cause to be mailed, by first class mail, true copies of the summons and the complaint to the defendant(s) at the address at which the mail agent receives mail for the defendant(s) and to any other mailing address of the defendant(s) then known to the plaintiff, together with a statement of the date, time, and place at which delivery was made.

Page 2 – SUMMONS.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

FARES RUSTOM,

        Plaintiff,

    v.

ACE AMERICAN INSURANCE
COMPANY, a Pennsylvania corporation; and
CHUBB INSURANCE SOLUTIONS
AGENCY INC., a Delaware corporation,

        Defendants.

Case No. 18CV20543

SUMMONS

**To:    Ace American Insurance Company, c/o Patti Dietz, 12909 SW 68th Parkway, Suite 450, Portland, OR 97223**

NOTICE TO DEFENDANT:

READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at

Page 1 – SUMMONS

GARVEY SCHUBERT BARER, P.C.
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

Exhibit A, Page 17 of 18
Page 2 of 3

1    http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area)

2    or toll-free elsewhere in Oregon at (800) 452-7636.

3    DATED this 8th day of June, 2018.

4    GARVEY SCHUBERT BARER, P.C.

5

6    By  *s/ Patrick J. Conti*
     Patrick J. Conti, OSB #141308
7    E-Mail:  pconti@gsblaw.com
     Telephone:  (503) 228-3939
8    Fax:  (503) 226-0259

9    Trial Attorney:
     Paul H. Trinchero, OSB #014397
10   E-Mail:  ptrinchero@gsblaw.com
     Telephone:  (503) 228-3939
11   Fax:  (503) 226-0259

12

13   GSB:9504450.1

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 – SUMMONS

GARVEY SCHUBERT BARER, P.C.
eleventh floor
121 s.w. morrison street
portland, oregon 97204-3141
503 228 3939

Exhibit A, Page 18 of 18
Page 3 of 3