Paul H. Trinchero, OSB #014397
E-Mail: ptrinchero@gsblaw.com
Patrick J. Conti, OSB #141308
E-Mail: pconti@gsblaw.com
Garvey Schubert Barer
121 SW Morrison Street
11th Floor
Portland, OR 97204
Telephone: (503) 228-3939

*Attorneys for Plaintiff Fares Rustom*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FARES RUSTOM,<br><br>           Plaintiff,<br><br>      v.<br><br>ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; and CHUBB INSURANCE SOLUTIONS AGENCY INC., a Delaware corporation,<br><br>           Defendants. | Case No.: 3:18-cv-1061-HZ<br><br>**UNOPPOSED MOTION TO DISMISS DEFENDANT CHUBB INSURANCE SOLUTIONS AGENCY INC.** |

Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff Fares Rustom hereby moves to dismiss without prejudice Defendant Chubb Insurance Solutions Agency Inc. ("Chubb") from this case, with Plaintiff and Chubb to bear their own costs, attorney fees, and expenses.

The deadline for amendments to the pleadings is December 7, 2018.  D.E. 12.

///

///

GSB:9716718.1 [39865.00500]

Counsel for Plaintiff has conferred with counsel for Chubb and Ace American Insurance Company. Both parties consent to the dismissal of Chubb from this action as requested herein.

DATED this 18th day of October, 2018.

Respectfully submitted,

                                  GARVEY SCHUBERT BARER, P.C.

                              By *s/ Patrick J. Conti*
                                  Paul H. Trinchero, OSB #014397
                                  Patrick J. Conti, OSB #141308